SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff,
IGNACIO VERA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO VERA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ALLAN ARDO D/B/A TAILOR'D MADE BARBERSHOP; HOOVER CAPITAL GROUP, LLC; and DOES 1 to 10,<br><br>  Defendants. | **Case No.: 2:23-cv-09844-SPG (JPRx)**<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT HOOVER CAPITAL GROUP, LLC** |

Notice is hereby given that Plaintiff IGNACIO VERA ("Plaintiff") and Defendant HOOVER CAPITAL GROUP, LLC ("Defendant") have settled the above-captioned matter only as to Defendant. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents as to Defendant in order to afford Parties time to complete settlement.

DATED: February 16, 2024          **SO. CAL EQUAL ACCESS GROUP**

　　　　　　　　　　　　　　　　　　　 */s/ Jason J. Kim*
　　　　　　　　　　　　　　　　　　　JASON J. KIM
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff